IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, | ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05 C 2613 |
| and | ) ) | |
| Amer Mirza, | ) | |
| Intervening Plaintiff, | ) ) | |
| v. | ) ) | Magistrate Judge Ashman |
| Specialty Publishing Company, | ) ) ) | |
| Defendant. | ) ) | |

## CONSENT DECREE

The Equal Employment Opportunity Commission (hereafter the "Commission" or the "EEOC") filed a complaint in this case against Specialty Publishing Company, under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq. ("Title VII"). Thereafter Amer Mirza intervened as a plaintiff and filed a complaint in this case against Specialty Publishing Company, under Title VII, and under 42 U.S.C. Section 1981. The parties have determined to resolve this action through the entry of this Consent Decree.

### Findings

Having carefully examined the terms and provisions of this Consent Decree, the Court finds the following:

1. This Court has jurisdiction of this case pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, and 1345. These actions are instituted pursuant to Sections 706(f) (1) and (3) of Title VII,

1

42 U.S.C. § 2000e-5(f) (1) and (3). The Intervening Complaint is also instituted pursuant to 42 U.S.C. § 1981.

2. This Court has jurisdiction over the parties.

3. The terms and provisions of this Consent Decree are adequate, fair, reasonable, equitable and just. This Consent Decree resolves all claims alleged by the EEOC in its Complaint, and all claims alleged by Amer Mirza in his Intervening Complaint. The rights of the parties and the interests of the public are adequately protected by this Consent Decree. Defendant does not admit the claims made by Plaintiffs. Plaintiffs do not admit the defenses raised by Defendant.

4. This Consent Decree conforms with the Federal Rules of Civil Procedure and Title VII, and is not in derogation of the rights and privileges of any person. The entry of this Consent Decree will further the public interest.

WHEREFORE, upon the consent of the parties, IT IS ORDERED, ADJUDGED AND DECREED:

## Injunction Against Harassment

5. Defendant and its officers, owners, successors, and assigns, shall not engage in harassment based on national origin or religion and will not create, facilitate or permit the existence of an environment that is hostile to employees on the basis of their national origin or religion.

## Non-Retaliation

6. Defendant and its officers, owners, successors, and assigns, shall not engage in any form of retaliation against any person because such person has opposed any practice made

2

unlawful under Title VII, filed a Charge of Discrimination under Title VII, testified or participated in any manner in any investigation, proceeding, or hearing under Title VII, or asserted any rights under this Decree.

### Posted Notice

7.  Within 10 days after this Consent Decree is entered, and continuously for the duration of this Consent Decree, Defendant shall conspicuously post the general EEOC Notice attached as Exhibit B on all bulletin boards commonly used for announcements from Defendant to its employees. Within 20 calendar days after entry of this Consent Decree, Defendant shall certify to the EEOC in writing that the notice has been posted. Twelve months later it shall certify to the EEOC in writing that the Notice remains posted.

### Monetary Relief

8.  Within 10 days after Defendant's counsel receives the release of claims, attached as Exhibit A, signed by Amer Mirza, or the entry of this Consent Decree by the Court, whichever is later, Defendant shall issue a check in the amount of $12,500 payable to "Amer Mirza and Kamran Memon." Amer Mirza is represented by private counsel who has reviewed and approved the terms of the release. There shall be no withholding from that amount. The check shall be mailed to Attorney Kamran Memon, 200 S. Michigan, Suite 1240, Chicago, IL 60604. Contemporaneously, Defendant shall furnish to EEOC a copy of the check. A 1099-MISC will be issued to Amer Mirza for $12,500. This payment will be reported in box 3 of the 1099-MISC.

9.  The EEOC and Defendant shall bear their own costs and attorneys' fees.

3

## Training

10. Within ninety days of entry of this Decree all of Defendant's owners, supervisors, and employees who handle human resources (personnel) matters, shall receive training regarding retaliation and harassment by a trainer paid for by Defendant.

11. The trainer will be an attorney or attorneys with Schiff Hardin, LLP.

12. Defendant shall certify to the EEOC in writing within five business days after the training has occurred that the training has taken place and that the required personnel have attended. Such certification shall include: (i) the date, location and duration of the training; and (ii) the name and position of each person in attendance.

## Record Keeping

13. For the duration of this Decree, Defendant shall maintain and make available for inspection and copying by the EEOC records (including name, social security number address, and telephone number) of any employee who complains of harassment based on religion or national origin, and/or of retaliation based on a claim of religion-based or national origin-based discrimination or harassment. Such records shall indicate the date the complaint was made, who made it, what was alleged, and what actions Defendant took to resolve the matter.

14. Defendant shall make all documents or records referred to in Paragraph 13 above available for inspection and copying within ten (10) business days after the EEOC so requests. In addition, Defendant shall make available on ten (10) business day notice their supervisory personnel whom the EEOC requests to interview for purposes of verifying compliance with this Paragraph.

4

## Reporting

15. Defendant shall furnish to the EEOC written reports every six months for the term of this Decree. The first report shall be due six (6) months after entry of the Decree. Each such report shall contain the name and address of each employee who, in the last six months, complained of harassment based on national origin or religion, and/or retaliation based on a claim of religion-based or national origin-based discrimination or harassment, and the nature of the complaint. If no employee made such a complaint an officer of Defendant shall submit a signed statement so stating. Each report shall also contain a statement signed by an officer of Defendant that the Notice required to be posted in paragraph 7, above, remained posted during the entire six month period preceding the report.

## Other

16. The record of termination of Amer Mirza shall be removed from his personnel file and any other of Defendant's records. Should Defendant receive a request for a reference in regard to Amer Mirza, it shall provide his position, and dates of employment, and otherwise give a neutral reference. Mirza shall be considered to have voluntarily resigned from Defendant.

17. Mirza represents that he has removed or caused to be removed from any website, message board, blog, electronic journal or other site (whether electronic or otherwise) for which he has any direct or indirect editorial discretion, oversight responsibility or control, any and all electronic postings and other statements referring or relating to the above-captioned matter, Defendant or any individuals associated with it.

Defendant and its owners, officers, and employees release Amer Mirza and EEOC from

all claims.

## Enforcement

18. This Consent Decree shall be in effect for a period of two years, during which time the Court shall retain jurisdiction of the parties and of this action for the purpose of enforcing the provisions of this Consent Decree.

19. If any provision of this Consent Decree is found to be unlawful, only the specific provision in question shall be affected and all other provisions will remain in full force and effect.

20. If the EEOC or Amer Mirza has reason to believe that Defendant is not complying with this Consent Decree, the EEOC or Amer Mirza shall immediately so notify Defendant in writing. Defendant will then have ten business days in which to achieve compliance or to provide EEOC or Amer Mirza with evidence that there has been no non-compliance. If such evidence is provided, the parties agree promptly to use reasonable good faith efforts to resolve any dispute as to whether Defendant is complying with this Consent Decree. If those efforts do not resolve the dispute, EEOC or Amer Mirza shall have the right to apply to the Court for appropriate relief. If Defendant fails to pay the monetary amount specified above within the time provided, the EEOC or Amer Mirza may apply to the Court for appropriate relief. If Defendant has reason to believe that the EEOC or Amer Mirza is not complying with this Consent Decree, it shall immediately so notify EEOC and/or Mirza in writing. EEOC and/or Mirza will then have ten business days in which to achieve compliance or to provide Defendant with evidence that there has been no non-compliance. If such evidence is provided, the parties agree promptly to use reasonable good faith efforts to resolve any dispute as to whether EEOC and/or Mirza

is/are complying with this Consent Decree. If those efforts do not resolve the dispute, Defendant shall have the right to apply to the Court for appropriate relief.

## Miscellaneous Provisions

21. The terms of this Decree are and shall be binding upon the present and future owners, representatives, agents, directors, officers, assigns, and successors of Defendant in their capacities as representatives, agents, directors and officers of Defendant, and not in their individual capacities. The terms of this Decree are and shall be binding on Amer Mirza, his present and future representatives and agents.

22. When this Decree requires the submission by Defendant of reports, certifications, notices, or other materials to the EEOC, they shall be mailed to Gordon Waldron, Equal Employment Opportunity Commission, 500 West Madison Street, Suite 2800, Chicago, Illinois, 60661. When this Decree requires the submission by Defendant of reports, certifications, notices, or other materials to Amer Mirza they shall be mailed to Kamran Memon, 200 S. Michigan, Suite 1240, Chicago, Illinois, 60604. When this Decree requires submission by the EEOC of materials to Defendant, they shall be mailed to Stephen J. Dragich, Schiff Hardin LLP, 6600 Sears Tower, Chicago, Illinois 60606.

Approved for Plaintiff:

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel
Equal Employment Opportunity Commission
1801 L Street, N.W.
Washington, D.C. 20507

JOHN C. HENDRICKSON
Regional Attorney

GORDON WALDRON
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
500 West Madison Street, Suite 2800
Chicago, Illinois 60661
(312) 353-7525

Attorney for Amer Mirza

Kamran Memon
200 S. Michigan, Suite 1240
Chicago, IL 60604

Attorney for Defendant

Patricia Costello Slovak
Laura B. Friedel
Schiff Hardin, LLP
6600 Sears Tower
233 S. Wacker
Chicago, IL 60606

ENTERED AND ORDERED THIS 1st DAY OF FEBRUARY, 2006

Magistrate Judge Ashman

## EXHIBIT A
## RELEASE AGREEMENT

I, Amer Mirza, for and in consideration of the sum of $12,500 payable to me pursuant to the terms of the Consent Decree entered by the Court in *EEOC and Amer Mirza v. Specialty Publishing Company*, 05 C 2613, N.D. Ill.), on behalf of myself, my heirs, assigns, executors, and agents, do hereby forever release, waive, remise, acquit, and discharge Defendant and all past and present owners, officers, agents, employees, Directors and representatives of them from any and all claims and causes of action of any kind which I had, now have or may now have under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., and 42 U.S.C. section 1981, from the beginning of the world through the date of this Release Agreement.

01/20/2006
Date

Signature *[signed: Amer Mirza]*

2587 ROURKE DR., AURORA, IL-60504
Print Address

# Equal Employment Opportunity is

# THE LAW

## Employers Holding Federal Contracts or Subcontracts

Applicants to and employees of companies with a Federal government contract or subcontract are protected under the following Federal authorities:

### RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN

Executive Order 11246, as amended, prohibits job discrimination on the basis of race, color, religion, sex or national origin, and requires affirmative action to ensure equality of opportunity in all aspects of employment.

### INDIVIDUALS WITH DISABILITIES

Section 503 of the Rehabilitation Act of 1973, as amended, prohibits job discrimination because of disability and requires affirmative action to employ and advance in employment qualified individuals with disabilities who, with reasonable accommodation, can perform the essential functions of a job.

### VIETNAM ERA, SPECIAL DISABLED, RECENTLY SEPARATED, AND OTHER PROTECTED VETERANS

38 U.S.C. 4212 of the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended, prohibits job discrimination and requires affirmative action to employ and advance in employment qualified Vietnam era veterans, qualified special disabled veterans, recently separated veterans, and other protected veterans.

Any person who believes a contractor has violated its nondiscrimination or affirmative action obligations under the authorities above should contact immediately:

The Office of Federal Contract Compliance Programs (OFCCP), Employment Standards Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210 or call (202) 693-0101, or an OFCCP regional or district office, listed in most telephone directories under U.S. Government, Department of Labor.

## Private Employment, State and Local Governments, Educational Institutions

Applicants to and employees of most private employers, state and local governments, educational institutions, employment agencies and labor organizations are protected under the following Federal laws:

### RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN

Title VII of the Civil Rights Act of 1964, as amended, prohibits discrimination in hiring, promotion, discharge, pay, fringe benefits, job training, classification, referral, and other aspects of employment, on the basis of race, color, religion, sex or national origin.

### DISABILITY

The Americans with Disabilities Act of 1990, as amended, protects qualified applicants and employees with disabilities from discrimination in hiring, promotion, discharge, pay, job training, fringe benefits, classification, referral, and other aspects of employment on the basis of disability. The law also requires that covered entities provide qualified applicants and employees with disabilities with reasonable accommodations that do not impose undue hardship.

### AGE

The Age Discrimination in Employment Act of 1967, as amended, protects applicants and employees 40 years of age or older from discrimination on the basis of age in hiring, promotion, discharge, compensation, terms, conditions or privileges of employment.

### SEX (WAGES)

In addition to sex discrimination prohibited by Title VII of the Civil Rights Act of 1964, as amended (see above), the Equal Pay Act of 1963, as amended, prohibits sex discrimination in payment of wages to women and men performing substantially equal work in the same establishment.

Retaliation against a person who files a charge of discrimination, participates in an investigation, or opposes an unlawful employment practice is prohibited by all of these Federal laws.

If you believe that you have been discriminated against under any of the above laws, you should contact immediately:

The U.S. Equal Employment Opportunity Commission (EEOC), 1801 L Street, N.W., Washington, D.C. 20507 or an EEOC field office by calling toll free (800) 669-4000. For individuals with hearing impairments, EEOC's toll free TDD number is (800) 669-6820.

## Programs or Activities Receiving Federal Financial Assistance

### RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX

In addition to the protection of Title VII of the Civil Rights Act of 1964, as amended, Title VI of the Civil Rights Act prohibits discrimination on the basis of race, color or national origin in programs or activities receiving Federal financial assistance. Employment discrimination is covered by Title VI if the primary objective of the financial assistance is provision of employment, or where employment discrimination causes or may cause discrimination in providing services under such programs. Title IX of the Education Amendments of 1972 prohibits employment discrimination on the basis of sex in educational programs or activities which receive Federal assistance.

### INDIVIDUALS WITH DISABILITIES

Sections 501, 504 and 505 of the Rehabilitation Act of 1973, as amended, prohibits employment discrimination on the basis of disability in any program or activity which receives Federal financial assistance in the federal government. Discrimination is prohibited in all aspects of employment against persons with disabilities who, with reasonable accommodation, can perform the essential functions of a job.

If you believe you have been discriminated against in a program of any institution which receives Federal assistance, you should contact immediately the Federal agency providing such assistance.